Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 302
Encino, CA 91316
TEL: (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorney for Plaintiff, Robert Galvin

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT GALVIN (SSN XXX-XX-1365), Plaintiff, vs. CAROLYN W. COLVIN, Acting Commissioner Of Social Security, Defendant. | Case No.: 2:15-cv-00166-GJS<br><br>ORDER RE: JOINT STIPULATION TO DISMISS CASE |

The above-captioned parties have stipulated to DISMISS all claims in this action. This entire action is therefore dismissed pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii). Each party has agreed to bear its own attorney's fees and costs.

DATED: May 27, 2015

_____
HON. GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE